_____ FILED    _____ ENTERED
_____ LOGGED   _____ RECEIVED

# DETAINER PICK-UP

JAN 2 9 2015

CLERK, U.S. ~~DISTRICT COURT~~
DISTRICT OF MARYLAND

BY _____ DEPUTY

To: General Operations Section Supervisor
From: Fugitive Investigation Section Supervisor

Date: _11-29-15_

Subject- Name: _Stephan Martin_

DOB: ███████████

USM#: _FID: 922-0205_

Location: _CBIF_

Point of Contact: _Officer Laryea    410-209-4423 or 4427_

Available: _Now_

Reason for Release: [  ] Local charges dropped
                    [  ] On bond on local charges
                    [  ] Court Release
                    [  ] Other _____

Assume Custody by: [  ] Remand/ "Rollover"
                  [  ] Physical pick up

Supporting Documentation for Detainer Pick up:
                  [x] Warrant : Case # _____ District: _DCSC_
                  [  ] Detention Order
                  [  ] Judgement/Commitment
                  [  ] BOP Retake Order

Detainers from other districts/jurisdictions: [  ] Yes  [  ] No
(if yes, provide information)
_____

Does subject have time to serve on local charges: [  ] Yes  [  ] No
(if yes, provide
information)_____

Notes:
_____
_____
_____

2028790146

09:28:41   12-02-2014       2/4

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CRIMINAL DIVISION

DCTN:

**COMPLAINT**

Lockup No:
Case No: 2013CRW001176

District of Columbia ss:

Defendant's Name:   Stephan Martin                                    12137673

         (First)       (MI)    (Last)        (PDID)    (CCNO)

Also Known As:

         (First)       (Middle)     (Last)

    Address:   4480 Livingston Rd., Indian Head MD

Between on or about August 8, 2012 and on or about September 17, 2012, within the District of Columbia, Stephan Martin wrongfully obtained and used property of a value of $1,000 or more, belonging to Lillian Williams, consisting of checks, with the intent to appropriate the property for his own use and to deprive Lillian Williams of a right to and benefit of the property.  (First Degree Theft, in violation of 22 D.C. Code, Section 3211, 3212 (a) (2001 ed.))

Co-Defendants:

A TRUE COPY
TEST: 12-1-14

Clerk Superior Court of the
District of Columbia

By: _____ Deputy Clerk

NOTE: Pursuant to Act of Congress, July 29, 1970 Pub. L. 91-358, Sec. 210 V, Title II 84 Stat 628 (23 District of Columbia Code Sec. 3.2.) defendant was to respond in these premises to the United States. If pardons granted in this case, this case is no mattial resident to the further hearing of Federal Procedure as it is a warrant has been issued by the United States District Court for the District of Columbia.

Affiant's Name   MICHAEL PAKER

Subscribed and sworn to before me this ___11th___ day of _____April, 2013_____

_____
(Judge) (Deputy Clerk)

### WARRANT

*To The United States Marshal or any other authorized federal officer or the Chief of Police of the District of Columbia:*
    WHEREAS the foregoing complaint and affidavit supporting the allegations thereof have been submitted, and there appearing probable cause and reasonable grounds for the issuance of an arrest warrant for     Stephan Martin
**YOU ARE THEREFORE COMMANDED TO BRING THE DEFENDANT BEFORE SAID COURT OR OTHER PERSON ENUMERATED IN 18 U.S.C. 3041 forthwith *to answer said charge.***

Issued ___April 11, 2013___

_____
Judge - Superior Court of the District of Columbia

Title 16: ☐       Rule 105: ☐   Judge: _____

| Sex: Male | DOB: 08/19/1986 | CCN: 12137673 | PDID: |
|-----------|----------------|---------------|-------|
| Papering Officer: M. Pavarro Cid | | Badge No.: D21382 | |

### OFFICER MUST EXECUTE RETURN

| Officer's Name: | Date / Time: April 11, 2013 | | |
|-----------------|-----------------------------|---|---|
| AUSA Signature: | Fel. I ☐ | AFTC ☐ | Fel. II ☐ |

1 100546864

2028790146

09:29:16    12-02-2014        4 /4

ZЗ⅓CRW0ⅡＨ76

| Continuation For Affidavit in Support of an Arrest Warrant | 2. COMPLAINT NUMBER |
|---|---|
| | 12-137673 |

II. NARRATIVE CONTINUED

The following check numbers were cashed by the defendant, and contain a forged signature of the account holder:

| Check No | Date | Amount |
|---|---|---|
| 7322 | 8/13/2012 | $150.00 |
| 7051 | 8/21/2012 | $200.00 |
| 7052 | 8/23/2012 | $200.00 |
| 7055 | 8/27/2012 | $300.00 |
| 7057 | 9/7/2012 | $300.00 |
| 7058 | 9/10/2012 | $250.00 |
| 7322 | 9/11/2012 | $175.00 |
| 7062 | 9/14/2012 | $300.00 |

The account holder confronted the defendant who admitted cashing the listed checks.  The account holder is a real person and is a resident of the District of Columbia and is an age that is older than 65 years old.

All of the listed checks contain the victims name, address account number and forged signature.

An investigator for the bank has also had a conversation with the defendant in which he offered to reimburse the bank for its financial loss.  The defendant has failed to show to scheduled meetings to arrange for repayment.

The listed transactions were captured on bank security film, which caused a financial loss of $1875 in US Currency.

The defendant has been identified by his issued drivers license, home address and phone numbers.

Based on the facts of this case, your affiant believes probable cause exists and prays an arrest warrant be issued.

Affinat's Signature : _____ MICHAEL PAYNE

Form CD(17)-1050        Melvin R Wright   4/17/13        Page 2  of 2  Pages
Judge